

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00480-CV

———————————————

JACQUELINE WALDROUP, Appellant

V.

SOMERSET APARTMENTS, Appellee

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2022-03594-JP

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellant's brief was due on May 12, 2023.  On May 23, 2023, we notified her that her brief had not been filed as the Texas Rules of Appellate Procedure require. *See* Tex. R. App. P. 38.6(a).  We warned that we could dismiss the appeal for want of prosecution unless, within ten days, Appellant filed a brief and an accompanying motion reasonably explaining the brief's untimeliness.  *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b).  More than twenty days have passed, but we have not received a response.

Because Appellant has failed to file a brief, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered:  June 22, 2023

2